UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA KAYE GOLDEN,<br><br>                        Appellant,<br><br>v.<br><br>JEFFREY ROGERS,<br><br>                        Appellee. | Case No.: 20-CV-2052 TWR (NLS)<br><br>**ORDER REQUIRING PAYMENT OF FILING FEE** |

      Appellant Lisa Golden, proceeding *pro se*, initiated this bankruptcy appeal on October 19, 2020. (*See generally* ECF No. 1.) All parties instituting a bankruptcy appeal must pay a filing fee of $298, *see* Fed. R. Bankr. P. 8003(a)(3)(C) ("The notice of appeal must . . . be accompanied by the prescribed filing fee."); 28 U.S.C. § 1930(c) ($5 appeal fee); Bankruptcy Court Miscellaneous Fee Schedule item 14 ($293 for appeal), unless they are granted leave to proceed *in forma pauperis* ("IFP"). *See* 28 U.S.C. § 1915(a).

      Appellant has not paid the requisite $298 filing fee, (*see* ECF No. 1-2), or filed a motion to proceed IFP. Further, the Honorable Dana M. Sabraw determined on September 30, 2020 that Appellant failed to meet her burden to proceed IFP in her pending appeals. The Court therefore **ORDERS** Appellant to pay the full $298 filing fee on or

/ / /

/ / /

before November 20, 2020.  *Should Appellant fail timely to pay the filing fee, the Court will dismiss this action without prejudice.*

**IT IS SO ORDERED.**

Dated:  November 5, 2020

_____
Honorable Todd W. Robinson
United States District Court